

**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: December 5, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **CARLTON SANDERS**  **CHAPTER 13**
  Debtor  **CASE NO. 17-03955-NPO**

### ORDER

THIS CAUSE having come on for hearing of the *Order to Show Cause* **[DK #10]** (the "Show Cause Order"), and the response thereto filed by Carlton Sanders (the "Debtor") **[DK #14]**, and the Court does hereby find as follows to-wit:

ORDERED ADJUDGED AND DECREED that the Debtor is hereby granted an additional seven (7) days from Monday, December 4, 2017, within which to file his Chapter 13 Plan using the new local form.

**# # END OF ORDER # #**

Submitted by:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Sanders, Carlton\Pleadings\Order - Extending Time to file Plan 12-4-17.wpd  X